UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEOVANY JAVIER RUIZ,<br><br>　　　　Defendant. | Case No.: 25-CR-2094-GPC<br><br>**JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE**<br><br>[ECF No. 21] |

　　The United States of America's Unopposed Motion to Dismiss the Information (ECF No. 21), without prejudice, is **GRANTED**. The Court **DISMISSES** the Information (ECF No. 13) without prejudice.

　　IT IS SO ORDERED.

Dated: August 5, 2025

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　United States District Judge